# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 13-cv-0233-WJM-CBS

ALLEN C, PEDERSEN,

    Plaintiff,

v.

JO-ANN STORES, INC.,

    Defendant.

## ORDER STRIKING CASE FILINGS WITHOUT PREJUDICE

This matter is before the Court *sua sponte*. After attempting without success to review the case initiating documents which were filed on January 30, 2013 and then re-filed on January 31, 2013, the Court hereby ORDERS as follows:

The following documents are STRICKEN WITHOUT PREJUDICE:

1. Amended Complaint (ECF No. 1)

2. Amended Complaint (ECF No. 2)

3. Letter (ECF No. 2)

5. Complaint (ECF No. 5)

6. Complaint Verified Complaint (ECF No. 6)

7. Letter re Complaint Verified Complaint Part 2 (ECF No. 7)

8. Letter re Complaint Civil Cover Sheet (ECF No. 8)

Plaintiff is DIRECTED to re-file, on or before February 11, 2013, a Complaint and Civil Cover Sheet that complies with this District's Local Rules of Civil Procedure and

the District's Electronic Case Filing Procedures (Civil version 5.1).  Both of which can be found on the District of Colorado's website: http://www.cod.uscourts.gov.

Plaintiff is DIRECTED to re-file the Complaint as a **signed single** PDF formatted document with the Summons as an attachment.  Plaintiff is DIRECTED to re-file the Civil Cover Sheet as a single PDF formatted document.

Furthermore, **the Plaintiff is DIRECTED to contact the CM/ECF Help desk at (303) 335-2050 to seek guidance prior to re-filing the initiating documents to ensure initiating documents are filed properly.**  Plaintiff will not be assessed a filing fee for the re-filing of these initiating documents.

Failure of Plaintiff to fully comply with all aspects of this Order may subject Plaintiff and/or his counsel to appropriate sanctions.

Dated this 5th day of February, 2013.

BY THE COURT:

_____

William J. Martínez
United States District Judge